IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RALPH E. KOLSTAD**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:07-CV-0089-L** |
| | § | |
| **INTERNAL REVENUE SERVICE, et al.**, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

This is a *pro se* mandamus action brought against the Internal Revenue Service ("IRS") and three of its employees. This action was referred to the United States magistrate judge for pretrial management. On May 5, 2008, the Findings and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed.

The magistrate judge found that the United States' Motion for Summary Judgment should be granted and the case should be dismissed with prejudice. Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court **grants** the United States' Motion for Summary Judgment and **dismisses with prejudice** Plaintiff's Writ of Mandamus.

**It is so ordered** this 30th day of May, 2008.

Sam A. Lindsay
United States District Judge

Order – Solo Page